RECEIVED

JUL 1 4 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ASHLEY MCGUIRE** | *CIVIL ACTION NO. 6:16-0554 |
| **VERSUS** | *JUDGE DOHERTY |
| **CORVEL ENTERPRISE COMP, INC., ET AL.** | *MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the Motion to Remand [rec. doc. 10] is **GRANTED.** This lawsuit is remanded to the 13th Judicial District Court for Evangeline Parish, Louisiana.

**IT IS FURTHER ORDERED** that plaintiff's request for costs, expenses and attorney's fees is **GRANTED**, and accordingly, the plaintiff is awarded $2500.00 for the defendants' improper removal of this action.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this __14__ day of __July__, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE